UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cleopatra Egypt,

                Plaintiff,

-against-

United States of America,

                Defendant.

1:23-cv-02930 (JGLC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      Pursuant to the undersigned's Report and Recommendation (5/30/24 R&R, ECF No. 36) that has been adopted by the Honorable Jessica G. L. Clarke (6/28/24 Order Adopting R&R, ECF No. 37), Plaintiff may amend her breach of contract claim against the Government so as to abandon any claim for monetary relief in excess of $10,000.00, should she choose to do so. No later than July 29, 2024, Plaintiff may file any such amendment. Otherwise, this case will continue only with respect to Plaintiff's claims under the Federal Tort Claims Act based upon conduct of the Institute for Family Health and Dr. Schiller.

**SO ORDERED.**

Dated:     New York, New York
            July 1, 2024

_____
**STEWART D. AARON**
**United States Magistrate Judge**