UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cleopatra Egypt,

                  Plaintiff,

-against-

United States of America,

                  Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/10/2024

1:23-cv-02930 (JGLC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    For the reasons stated on the record during the initial pretrial conference today, it is hereby ORDERED as follows:

    1.    No later than November 11, 2024, Defendant shall produce to Plaintiff:

        a.    All telephone and email records within the possession, custody and control of the Institute (including Dr. Atsaves) and Dr. Schiller regarding Plaintiff for the time period December 23, 2020 through Plaintiff's last date of treatment (the "Time Period"); and

        b.    Scheduling records and medical records within the possession, custody and control of the Institute and Dr. Schiller regarding Plaintiff for the Time Period.

    2.    No later than December 9, 2024, in lieu of depositions by oral examination under Rule 30 of the Federal Rules of Civil Procedure, and with leave of the Court, Plaintiff shall serve on Defendant written deposition questions, pursuant to Rule 31 of the Federal Rules of Civil Procedure, for Dr. Schiller and the Institute (whom shall answer such questions by way of a designee as provided in Rule 30(b)(6) of the Federal Rules of Civil Procedure (the "Rule 30(b)(6) Designee")) to answer.

3.   No later than January 8, 2025, Defendant shall respond the written questions poised by Plaintiff for both Dr. Schiller and the Rule 30(b)(6) Designee.

**SO ORDERED**.

Dated:   New York, New York
         September 10, 2024

_____
**STEWART D. AARON**
**United States Magistrate Judge**