```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/11/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Cleopatra Egypt,

                Plaintiff,

-against-

United States of America,

                Defendant.

1:23-cv-02930 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    WHEREAS, on July 10, 2023, Plaintiff filed a Second Amended Complaint ("SAC"), which became is the operative pleading in this action (SAC, ECF No. 6); and

    WHEREAS, on January 5, 2024, Defendant moved to dismiss the SAC (Def.'s Not. of Motion, ECF No. 25); and

    WHEREAS, on May 30, 2024, the undersigned issued a Report and Recommendation, which granted in part and denied in part Defendant's motion to dismiss, permitting only Plaintiff's negligence and medical malpractice claims based on the conduct of the Institute for Family Health and Dr. Robert Schiller under the Federal Tort Claims Act to proceed (5/30/24 R&R, ECF No. 36); and

    WHEREAS, on June 28, 2024, the Honorable Jessica G. L. Clarke issued an Order Adopting Report and Recommendation, which adopted the undersigned's May 30, 2024 Report and Recommendation in its entirety (6/28/24 Order Adopting R&R, ECF No. 37); and

    WHEREAS, Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure provides that "[u]nless the court sets a different time, . . . if the court denies the motion [to dismiss . . .], the responsive pleading must be served within 14 days after notice of the court's action[;]" and

WHEREAS, on July 1, 2024, the undersigned issued an Order setting July 29, 2024 as the deadline for Plaintiff to file any further amended pleading, but did not provide a deadline for Defendant to file an Answer to the SAC (7/1/24 Order, ECF No. 38); and

WHEREAS, Plaintiff did not file an amended pleading; and

WHEREAS, Defendant has not filed a responsive pleading to the SAC to date.

NOW, THEREFORE, it is hereby ORDERED that Defendant shall file an Answer to the SAC no later than Wednesday, September 25, 2024.

**SO ORDERED**.

Dated:   New York, New York
         September 11, 2024

_____
**STEWART D. AARON**
**United States Magistrate Judge**