UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CLEOPATRA EGYPT,

                        Plaintiff,                       **23 Civ. No. 2930 (SDA)**

       -against-                                 **PRE-SETTLEMENT
CONFERENCE ORDER**

THE UNITED STATES OF AMERICA,

                        Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Pre-Settlement Conference Call on **Wednesday, December 11, 2024 at 10:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 139 454 692#.** Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

       **SO ORDERED.**

DATED:    New York, New York
                November 20, 2024

                                                              _____
                                                              The Honorable Gary Stein
                                                               United States Magistrate Judge